IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  01-cv-1159-WYD-PAC

NORMAN L. GIGANTE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Determine Whether a Magistrate Judge Will Have Jurisdiction Over the Ultimate Disposition of the Case filed September 19, 2005 is **GRANTED**.  The Court has issued an Order of Reference Pursuant to 28 U.S.C. § 636(c) referring the case to a magistrate judge.

Dated:  September 20, 2005

                        s\ Sharon Shahidi
                        Law Clerk to
                        Wiley Y. Daniel
                        U.S. District Court