IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  01-cv-1159-WYD-PAC

NORMAN L. GIGANTE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**

---

    Pursuant to D.C.COLO.LCivR 72.2, the Court was notified by the parties of their unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised in the premises, it is

    ORDERED as follows:

1.     The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2.     The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Coan; and

3.     Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

    Dated:  September 20, 2005

                                      BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge