IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.  01-CV-01159-MJW-PAC**

NORMAN I. GICANTE,

Plaintiff(s),

v.

JO ANNE B. BARNHART,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Motion to Withdraw as Counsel, filed with the Court on January 17, 2006, (DN 35), is GRANTED.  Michael E. Hegarty is permitted to withdraw as counsel for the Defendant in this case.

Date:  January 18, 2006